No. 44379.—Protests 1991–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of tape measures similar to those the subject of Abstract 43372.   The claim at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 26, 1940

No. 44380.—Protests 563321–G, etc., of L. H. Kopperman et al. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44381.—Protests 575066–G, etc., of J. Kridel Sons & Co. et al. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44382.—Protests 730150–G, etc., of Feltex Corp. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44383.—Protests 737582–G, etc., of S. Stern, Stiner & Co. et al. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44384.—Protest 746185–G of Century Trading Co. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.